UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>        *Plaintiff,*<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        *Defendant*. | Civil Action No. 18-1381(CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 6, 2020, Minute Order, the parties Judicial Watch, Inc. ("Plaintiff"), and the United States Department of State ("Defendant" or "State") file this Joint Status Report for this Freedom of Information Act ("FOIA") matter.

In the March 5, 2020, Joint Status Report, Defendant anticipated that it would make a final production in this case by April 15, 2020. *See* ECF No. 22. Because of the COVID-19 pandemic, however, State was unable to meet that deadline. The State personnel assigned to this FOIA matter are teleworking and cannot access the document review platform in which the remaining records are stored because the platform is on a classified network. As of the date of this joint status report, it is unclear when normal FOIA operations will resume at State.

The parties continue to confer on the adequacy of State's search and previous productions. On April 3, 2020, State responded to Plaintiff's counsel's questions relating to the search terms used, the offices searched, and certain redactions applied by State. On April 30, 2020, counsel for Plaintiff requested additional follow-up from State. State is currently working on its response to Plaintiff's counsel's questions.

Given that the parties continue to confer in good faith, the parties respectfully request that they be permitted to file the next joint status report by July 7, 2020, with recommendations to the Court for further proceedings.

May 5, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

_____/s/ *William Chang*
WILLIAM CHANG
D.C. Bar # 1030057
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2510
William.chang2@usdoj.gov

Counsel for Defendant

*/s/ Ramona R. Cotca*
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W.
Suite 800
Washington, DC 20024
(202) 646-5172
jguzman@democracyforward.org
rcotca@judicialwatch.org

Counsel for Plaintiff